UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,

        Plaintiff,                       Case No. 6:05-cv-1624-Orl-35GJK

-vs-

Bray & Gillespie, LLC, et al.,

        Defendants.
_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF STATUS REPORT

Plaintiff, Belfor USA Group, Inc. ("Belfor"), by and through its counsel of record, and pursuant to the Court's Order [Docket No. 198] notifies the Court that this suit was not resolved by the bankruptcy proceedings. To the best of Belfor's knowledge, information and belief, the Debtor's bankruptcy plan has been consummated. However, as part of that plan, the Debtors and Belfor have submitted the remaining issues to the state court. While the hearings in state court have concluded, the issues are now on appeal.

In accordance with the Court's Order, Belfor will file a supplemental notice on or before December 1, 2010.

                                        JAFFE, RAITT, HEUER & WEISS
                                        Professional Corporation

                                        By:    /s/ Eric A. Linden
                                                Eric A. Linden *Florida Bar No. 357758*
                                                Attorneys for Plaintiff
                                                Jaffe, Raitt, Heuer & Weiss, P.C.
                                                27777 Franklin Road, Suite 2500
                                                Southfield, Michigan 48034
                                                (248) 351-3000

Dated: June 1, 2010

1830324

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Belfor USA Group, Inc.,                    Case No. 6:05-cv-1624-Orl-35GJK

    Plaintiff,

-vs-

Bray & Gillespie, LLC, et al.,

    Defendants.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I electronically filed **Plaintiff's Supplemental Notice of Status Report** and this **Certificate of Service** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing.

                JAFFE, RAITT, HEUER & WEISS
                Professional Corporation

                By: /s/ Eric A. Linden
                    Eric A. Linden *Florida Bar No. 357758*
                    27777 Franklin Road, Suite 2500
                    Southfield, Michigan 48034
                    (T): (248) 351-3000
                    (F): (248) 351-3082
                    E-mail: **elinden@jaffelaw.com**

Dated: June 1, 2010                    *Attorneys for Plaintiff*

1863926