UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,

        Plaintiff,                            Case No. 6:05-cv-1624-Orl-35GJK

-vs-

Bray & Gillespie, LLC, et al.,

        Defendants.
_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF STATUS REPORT

Plaintiff, Belfor USA Group, Inc. ("Belfor"), by and through its counsel of record, and pursuant to the Court's Order [Docket No. 198] notifies the Court that this suit was not resolved by the bankruptcy proceedings. To the best of Belfor's knowledge, information and belief, the Debtor's bankruptcy plan has been consummated. However, as part of that plan, the Debtors and Belfor have submitted the remaining issues to the state court. While the hearings in the trial court have concluded, the issues are now on appeal.

In accordance with the Court's Order, Belfor will file a supplemental notice on or before March 1, 2011.

                                      JAFFE, RAITT, HEUER & WEISS
                                      Professional Corporation

                                      By:   /s/ Eric A. Linden
                                             Eric A. Linden *Florida Bar No. 357758*
                                             Attorneys for Plaintiff
                                             Jaffe, Raitt, Heuer & Weiss, P.C.
                                             27777 Franklin Road, Suite 2500
                                             Southfield, Michigan 48034
                                             (248) 351-3000

Dated: November 30, 2010

1830324.4