UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BELFOR USA GROUP INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:05-CV-1624-Orl-19UAM |
| BRAY & GILLESPIE, LLC, et al., | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Smith Hulsey & Busey appears as counsel of record in this case on behalf of Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A. and requests that all notices and other papers filed in this case be furnished to the undersigned counsel.

SMITH HULSEY & BUSEY

By  */s/ James H. Post*
  James H. Post
  R. Christopher Dix

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A.

## Certificate of Service

I certify that a copy of this document has been furnished electronically through the Court's CM/ECF electronic notification system to Patrice S. Arend, Esq., Michelle L. Coakley, Esq., and Eric Linden, Esq., Jaffe, Raitt, Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-5034 and Marvin P. Pastel, II, Esq., Winter Capriola Zenner, 3490 Piedmont Road, NE, Suite 800, Atlanta, GA 30305 32204, this 31st day of March, 2011.



                                                                */s/ James H. Post*
                                                                       Attorney

00749558