UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| BELFOR USA GROUP INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:05-CV-1624-Orl-19UAM |
| BRAY & GILLESPIE, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION TO APPEAR PRO HAC VICE
AND DESIGNATION AND CONSENT TO ACT**

Michael N. DiCanio of the law firm of Reed Smith LLP moves the Court, pursuant to Local Rule 2.02, for authorization to appear in this case pro hac vice as co-counsel on behalf of Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A. ("Wells Fargo"), and says:

1. I am a member in good standing with the State Bar of New York. I am admitted to practice and am in good standing in the United States District Court for the Eastern and Southern Districts of New York.

2. I am not resident of the State of Florida and do not regularly practice or have offices in Florida.

3. I have not appeared specially as counsel of record without formal or general admission to such a degree as to constitute the maintenance of a regular practice of law in State of Florida.

4. I designate James H. Post of the firm of Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, as my local counsel pursuant to Local Rule 2.02(a). A Consent to Application of Nonresident Attorney to Appear and Participate, signed by Mr. Post, is attached.

5. I certify that I will comply with both the fee and e-mail registration requirements of Rule 2.01(d).

REED SMITH LLP

By_____
Michael N. DiCanio

New York Bar Number MD9750
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 205-6028
(212) 521-5450 (facsimile)
mdicanio@reedsmith.com

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Wells Fargo has conferred with counsel for the Belfor USA Group, Inc., who has consented to the relief sought in this motion.

## CONSENT TO APPLICATION OF NONRESIDENT ATTORNEY TO APPEAR AND PARTICIPATE

The undersigned attorney consents to the appearance and participation of Michael N. DiCanio of the firm of Reed Smith LLP as co-counsel for Wells Fargo in this case pursuant to Local Rule 2.02(a).

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A.

## Certificate of Service

I certify that a copy of this document has been furnished electronically through the Court's CM/ECF electronic notification system to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL, 32202, Patrice S. Arend, Esq., Michelle L. Coakley, Esq., and Eric Linden, Esq., Jaffe, Raitt, Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-5034 and Marvin P. Pastel, II, Esq., Winter Capriola Zenner, 3490 Piedmont Road, NE, Suite 800, Atlanta, GA 30305 32204, this 20th day of April, 2011.

_____
Attorney

00749654.2