UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,

        Plaintiff,

-vs-

Bray & Gillespie, LLC, et al.,

        Defendants.

Case No. 6:05-cv-1624-Orl-35GJK

_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF STATUS REPORT

Plaintiff, Belfor USA Group, Inc. ("Belfor"), by and through its counsel of record, and pursuant to the Court's Order [Docket No. 198] notifies the Court that this suit was not resolved by the bankruptcy proceedings. To the best of Belfor's knowledge, information and belief, the Debtor's bankruptcy plan has been consummated. However, as part of that plan, the Debtors and Belfor have submitted the remaining issues to the state court. While the initial hearings in the trial and appellate courts have concluded, there are still proceedings before the trial court that need to be resolved.

In accordance with the Court's Order, Belfor will file a supplemental notice on or before September 1, 2011.

                                      JAFFE, RAITT, HEUER & WEISS
                                      Professional Corporation

                                      By:    /s/ Eric A. Linden
                                               Eric A. Linden *Florida Bar No. 357758*
                                               Attorneys for Plaintiff
                                               Jaffe, Raitt, Heuer & Weiss, P.C.
                                               27777 Franklin Road, Suite 2500
                                               Southfield, Michigan 48034
                                               (248) 351-3000

Dated: May 27, 2011

1830324.6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,        Case No. 6:05-cv-1624-Orl-35GJK

    Plaintiff,

-vs-

Bray & Gillespie, LLC, et al.,

    Defendants.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed **Plaintiff's Supplemental Notice of Status Report** and this **Certificate of Service** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing.

JAFFE, RAITT, HEUER & WEISS
Professional Corporation

By: /s/ Eric A. Linden
    Eric A. Linden (Michigan Bar P33249)
    Michelle L. Coakley (P58749)
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 48034
    (T): (248) 351-3000
    (F): (248) 351-3082
    E-mail: **elinden@jaffelaw.com**
    E-mail: **mcoakley@jaffelaw.com**

Dated: May 27, 2011     *Attorneys for Plaintiff*

2065067