UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,

        Plaintiff,

-vs-

Bray & Gillespie, LLC, et al.,

        Defendants.

Case No. 6:05-cv-1624-Orl-35GJK

_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF STATUS REPORT

Plaintiff, Belfor USA Group, Inc. ("Belfor"), by and through its counsel of record, and pursuant to the Court's Order [Docket No. 198] notifies the Court that this suit was not resolved by the bankruptcy proceedings. To the best of Belfor's knowledge, information and belief, the Debtor's bankruptcy plan has been consummated. However, as part of that plan, the Debtors and Belfor have submitted the remaining issues to the state court. While the initial hearings in the trial and appellate courts have concluded, there are still proceedings before the appellate court that need to be resolved.

In accordance with the Court's Order, Belfor will file a supplemental notice on or before June 1, 2012.

JAFFE, RAITT, HEUER & WEISS
Professional Corporation

By: /s/ Eric A. Linden
Eric A. Linden *Florida Bar No. 357758*
Attorneys for Plaintiff
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000

Dated: February 29, 2012

1830324.9