UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Belfor USA Group, Inc.,**

        **Plaintiff,**           Case No. 6:05-cv-1624-Orl-35GJK

-vs-

**Bray & Gillespie, LLC, et al.,**

        **Defendants.**

_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF STATUS REPORT

Plaintiff, Belfor USA Group, Inc. ("Belfor"), by and through its counsel of record, and pursuant to the Court's Order [Docket No. 198] notifies the Court that this suit was not resolved by the bankruptcy proceedings. To the best of Belfor's knowledge, information and belief, the Debtor's bankruptcy plan has been consummated. However, as part of that plan, the Debtors and Belfor have submitted the remaining issues to the state court. While the initial hearings in the trial and appellate courts have concluded, there are still proceedings before the appellate court that need to be resolved.

In accordance with the Court's Order, Belfor will file a supplemental notice on or before December 1, 2012.

                                            JAFFE, RAITT, HEUER & WEISS
                                            Professional Corporation

                                            By:    /s/ Eric A. Linden
                                                     Eric A. Linden *Florida Bar No. 357758*
                                                     Attorneys for Plaintiff
                                                     Jaffe, Raitt, Heuer & Weiss, P.C.
                                                     27777 Franklin Road, Suite 2500
                                                     Southfield, Michigan 48034
                                                     (248) 351-3000

Dated: August 30, 2012

1830324.11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Belfor USA Group, Inc.,                 Case No. 6:05-cv-1624-Orl-35GJK

    Plaintiff,

-vs-

Bray & Gillespie, LLC, et al.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed **Plaintiff's Supplemental Notice of Status Report** and this **Certificate of Service** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing.

JAFFE, RAITT, HEUER & WEISS
Professional Corporation

By: /s/ Eric A. Linden
    Eric A. Linden *Florida Bar No. 357758*
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 48034
    (T): (248) 351-3000
    (F): (248) 351-3082
    E-mail: **elinden@jaffelaw.com**

Dated: August 30, 2012               *Attorneys for Plaintiff*

1863926